# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2672

_____

|  |  |  |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Western |
| | * | District of Missouri |
| Thomas James David Steele, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: July 5, 2001

Filed: July 10, 2001

_____

Before McMILLIAN, RICHARD S. ARNOLD, and BEAM, Circuit Judges.

_____

PER CURIAM.

Thomas James David Steele appeals from the final judgment entered in the District Court[1] for the Western District of Missouri after he pleaded guilty to stealing firearms, in violation of 18 U.S.C. § 924(m). The district court sentenced Steele to 120 months imprisonment and three years supervised release. Counsel has moved to withdraw on appeal pursuant to Anders v. California, 386 U.S. 738 (1967), and has filed a brief arguing the district court erred in counting two prior burglaries of

_____

[1]The Honorable Dean Whipple, Chief Judge, United States District Court for the Western District of Missouri.

"inhabitable structures" as crimes of violence. For the reasons discussed below, we affirm the judgment of the district court.

We find Steele's base offense level was properly enhanced under U.S.S.G. § 2K2.1(a)(1) (base offense level is 26 if, inter alia, defendant had at least two prior felony convictions of crime of violence or controlled substance offense), as we have repeatedly held that burglaries of commercial buildings qualify as crimes of violence, see United States v. Stevens, 149 F.3d 747, 749 (8th Cir.) (adopting per se rule), cert. denied, 525 U.S. 1009 (1998); United States v. Hascall, 76 F.3d 902, 906 (8th Cir.), cert. denied, 519 U.S. 948 (1996).

After review of counsel's Anders brief, along with our independent review of the record in accordance with Penson v. Ohio, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues.

Accordingly, we grant counsel's motion to withdraw, and we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.